UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elio Soto, | |
| Plaintiff, | 26-CV-2764 (AS) |
| -against- | |
| Suhrob Mahmudov et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court was notified that one or both parties failed, refused to attend, or refused to participate in the mediation that was ordered by the Court. Dkt. 5. Within seven days of this order, the parties are directed to submit letters explaining whether they attended or participated in the mediation, and if not, why not, given the Court's order.

SO ORDERED.

Dated: May 14, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge