WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

June 30, 2026

**Mathew Ross**
(914) 872-7487 (direct)
Mathew.Ross@wilsonelser.com

**VIA ECF:**
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, NY 10007-1312

Re: *Elio Soto v. Suhrob Mahmudov, et al.*
Index No: 1:26-cv-02764-AS

Dear Judge Subramanian:

Our office represents defendants Suhrob Mahmudov and AD Express Trucking, LLC in the above-referenced matter. We submit this letter in accordance with Rule 3(a) of Your Honor's Individual Practices, and to affirm our interest in mediating this matter in good faith as scheduled on July 10, 2026, with the assigned mediator Christopher Carbone. In light of this scheduled mediation, we are respectfully requesting an adjournment of the initial pretrial conference, currently scheduled for July 9, 2026, at 3:00 PM in hopes of resolving this matter prior to the initial conference.

I thank the Court for its time and consideration.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Mathew P. Ross*
Mathew P. Ross, Esq.

GRANTED. The conference will be rescheduled to July 31, 2026 at 2 pm. Dial-in Instructions remain the same. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: July 7, 2026